

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00732-CR

In re Romeo Alberto **IBANEZ-BARRERA**, Relator

Original Proceeding[1]

### ORDER

Sitting:       Irene Rios, Justice
                  Lori I. Valenzuela, Justice
                  H. Todd McCray, Justice

On November 14, 2025, Romeo Alberto Ibanez-Barrera, filed a "Motion for Leave of Court to file A Petition for Writ of Mandamus," which we construe as a petition for writ of mandamus. *See* TEX. R. APP. P. 52.1. After considering Ibanez-Barrera's petition for writ of mandamus, we conclude he is not entitled to the relief sought. Accordingly, his petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 26, 2025.

*H. Todd McCray*
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 21-CR-25, styled *State of Texas v. Romeo Alberto Ibanez-Barrera*, in the 381st Judicial District Court, Starr County, Texas, the Honorable Jose Luis Garza presiding.